UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MAN AGAINST XTINCTION A/K/A "MAX" | ) | |
| | ) | |
| *Plaintiff* | ) | |
| | ) | Civil Action No. |
| v. | ) | |
| | ) | _____ |
| ███████████████ A/K/A | ) | |
| DANIEL MCKIERNAN & MASSACHUSETTS | ) | |
| DIVISION OF MARINE FISHERIES | ) | |
| | ) | |
| JANE COIT & NATIONAL MARINE FISHERIES | ) | |
| SERVICE | ) | 8 March 2022 |
| | ) | |
| ARTHUR SAWYER & MASSACHUSETTS MARINE | ) | |
| FISHERIES COMMISSON | ) | |
| | ) | |
| JOHN HAVILAND | ) | |
| | ) | |
| ROBERT MARTIN | ) | |
| | ) | |
| *Defendants* | ) | |

---

**PLAINTIFF'S EMERGENCY MOTION TO AFFORD HIM THE OPPORTUNITY TO MAKE
ECF FILINGS IN THE INSTANT ACTION FN1**

---

Plaintiff — Man Against Xtinction — SPEAKS —

I am PETITIONING the Court to provide me to to make ECF filings in the instant

actions. I have commenced and prosecuted many civil actions in the Court and have routinely

been provided ECF access in these civil actions. I currently have ECF filing access to two active

civil actions before the Court and one active appeal before the 1st Circuit.

. For the above reasons, I COMMAND the Court to GRANT my requested relief.

---

[1] Man Against Xtinction is bringing the instant action pursuant to his authority to petition the Court
provided to him by the Petition Clause of the First Amendment.

BY:

/s/ Richard Maximus Strahan

_____

Richard Maximus Strahan

*Vir Rei Publicae Necessarius Est*