UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

**Civil Action No; 1:22-cv-10364**

# MAN AGAINST XTINCTION A/K/A "M.A.X" FN1

*As the "Public Citizen Prosecutor"*

*V.*

DANIEL MCKIERNAN *et al*.

*.As "Whale Killing" Defendants*

**1 August 2022**

---

WORLD TO TALWANI: "STOP YOUR INSANE VENDETTA
AGAINST MAN AGAINST XTINCTION"

---

Plaintiff — Man Against Xtinction — SPEAKS in the VENACULAR —

It is by now a well-documented fact that Judge Talwani is a crazed harasser that routinely threatens me with judicial violence. Its current campaign of rage is about going "bat shit crazy" on the subject of my having a "mailing address." In 2022 no one needs to have a mailing, or "snail mail," address to petition the US district courts for Justice. As an indigent revolutionary working-class male I have never really had any reliable mailing address since I started prosecuting ESA claims in the Court. The many judges that I have had presiding over my prosecutions have never expressed a scintilla of interest in knowing my mailing address.

But now "Judge Baba Yaga" has gone "Ape shit" trying to find out the one and only really true mailing address for me, an address that simply does not exist. On 29 July 2022, it issued a self-described "Order" stating —

> "The court has repeatedly directed Plaintiff to provide his address on all filings, as required under Local Rule 83.5.5. See Order [Doc. No. 30]; Order [Doc. No. 26]; Order [Doc. No. 22]; Elec. Order [Doc. No. 20]; Elec. Order [Doc. No. 13]. An address

---

[1] Man Against Xtinction is bringing the instant action pursuant to his authority to petition the Court provided to him by the Petition Clause of the First Amendment. M.A.X. will be commencing a Bivens action against evil shyster Judge Baba Yaga in the near future.

is also required under Fed. R. Civ. P. 11(a). Plaintiff first disregarded the court's orders altogether, and more recently has filed several documents using as his address "General Delivery, Nome AK, 99762," see Docs. Nos. 33, 34, 38, and another document using as his address "One Washington Street, Suite 3112, Dover NH 03820," see Amended Complaint [Doc. No. 35]. In addition, Plaintiff is registered on the ECF system using a third address: "83 Main Street, 6080 Granite Street Station, Durham, NH 03824." These filings leave unsettled the question of Plaintiff's true address and compliance with the court's orders."

So, you can see that Judge Baba Yaga has gone chronic schizo on the subject of where it could mail me some kind of document it could just email me instead or serve me over the ECF. Is there anything pragmatic that can justify her mental breakdown on this subject? Not at all.

In the past Judge Baba Yaga has just tossed out in a fit of pique my ESA prosecution of the state after seven pro bono attorneys volunteered to help me stop the extinction of the Right Whale species from being killed off by the Massachusetts state lobsterpot fishery. These attorneys documented and quantified their efforts on my and the Right Whale's behalf by handing me a bill for over $1.5 million dollars for all their work.

Everyone sacrificed their time and money to serve the Public Interest to stop commercial fishers from wiping out a species of whale that the Massachusetts legislature and governor declared to be Massachusetts' official state marine mammal. All except Baba Yaga. Baba Yaga tossed out my ESA prosecution by claiming I was a "liar" and that he just did not believe me on the witnessed stand that I went whale watching. Really? The defendants presented no evidence that I did not go whale watching. Baba Yaga did not care that every past judge ruled I had standing and believed I went whale watching. Baba Yaga called me a liar based only on her keen built in lie detector that judged me as a working-class male and by categorical definition are "liars" and untrustworthy.

Now the Right Whale will go extinct because Baba Yaga hates me personally. Judge Baba Yaga is a self-defined "ethnic woman" who hates working class males for all the "white" reasons. Now it has decided to just harass me and stop me from enjoying my First Amendment right to petition the courts by prosecuting me for any *de minimus* technical violation of minor court rules meant for lawyers only. Let us not forget Baba Yaga has also issued numerous Gag Orders against me that ban my communication with its personal court staff via email, phone calls or in person. With similar threats of judicial violence against me including dismissing the instant action if I email its courtroom clerk.

The Baba Yaga order calls for the following:

"If Plaintiff seeks to proceed with this action, he shall file no later than August 4, 2022 (and maintain at all times through this litigation) a Notice of Current Address, stating, under penalty of perjury, the mailing address where he will timely receive mail. The court anticipates dismissing this action if Plaintiff fails to comply with this order and/or fails to promptly provide the court with an updated address as necessary where he may timely receive mail during the pendency of the litigation"

My RESPONSE: Sorry Baba Yaga. I am going to be suing you for violation of the constitutional right to petition the court and for libel and as a public nuisance. So, you are just giving me another juicy cause of action against you.

As an indigent Gypsy & revolutionary I simply have no permanent residence or home to call my own. But if you insist on ordering the staff to send me a pointless and unnecessary mailing of a court filing that I can easily access through my Pacer account, you can use the following address –

Richard Maximus Strahan
One Washington Street
Suite #3112
Dover NH 03820

But I got to warn ya that it might not be good any more after the next month since I will be "moving on" so to speak.

But not to worry. I believe you will not be the presiding judge in the instant action in September 2022. I believe that instead you will be a Defendant in a *Bivens* action before the Court.

### Summary

For the above reasons, I COMMAND Judge Baba Yaga to "PISS OFF!"

BY:

/s/ Richard Maximus Strahan

_____

Richard Maximus Strahan
esistoo@yahoo.com
One Washington Street
Suite #3112
Dover NH 03820

*Vir Rei Publicae Necessarius Est*

**1 August 2022 M. A. X. Response to Order Requiring a Stated Mailing Address** 4

      I certify that a copy of this document has been served TODAY on the Defendants by the ECF filing system.

      /s/ Richard Maximus Strahan